

September 29, 2022

Mark J. Langer
Clerk's Office
U.S. Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, D.C. 20001-2866

Dear Mr. Langer,

    Pursuant to the Clerk's Office's September 22, 2022 letter, Petitioners hereby submit the attached revised opening brief to comply with this Court's policy regarding acronyms, and appreciate the assistance offered by the Clerk's Office in this regard.

    As revised, Petitioners' opening brief contains only two acronyms: (1) Federal Energy Regulatory Commission ("FERC" or "Commission"); and (2) Southeastern Energy Exchange Market ("SEEM"). FERC is a widely used acronym for the Commission, which appears frequently before this Court. Petitioners' remaining acronym (SEEM) describes the core aspect of this litigation—the market whose approvals are at issue. SEEM is a commonly used acronym for this market; as such, it appears throughout the record and in prior filings in this case. *See, e.g.*, Order Accepting Tariff Revisions, Docket No. ER22-476-000 (Jan. 21, 2022), Accession No. 20220121-3122 ("Revised Agreement Order") (JA__)[1]; Intervenors' Mot. to Dismiss for Lack of Jurisdiction, at 1, Case No. 22-1018 (D.C. Cir. May 16, 2022), ECF 1946840. Petitioners use the term

---

[1] Available at:
https://elibrary.ferc.gov/eLibrary/filelist?accession_number=20220121-3122.

SEEM to maintain clarity regarding this key concept and consistency with the record.

        Respectfully submitted,

        /s/ Danielle C. Fidler
        Danielle C. Fidler
        Earthjustice
        1001 G Street, NW, Suite 1000
        Washington, DC 20001
        (202) 667-4500
        dfidler@earthjustice.org

        *Counsel for Petitioner Natural Resources Defense Council*