FEDERAL ENERGY REGULATORY COMMISSION
WASHINGTON, D.C. 20426

January 18, 2023

**Via ECF**
Mark Langer, Clerk of Court
United States Court of Appeals
   for the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Ave. NW, Room 5205
Washington, DC 20001

RE:  *Advanced Energy Economy, et al. v. FERC*, No. 22-1018 (D.C. Cir.)

Dear Mr. Langer:

    Pursuant to D.C. Circuit Handbook of Practice and Internal Procedures Sections IX.A.1, and XI.A, arguing counsel for Respondent, Robert M. Kennedy, hereby notifies the Court of scheduling conflicts for oral argument in this matter. Oral argument has not yet been scheduled in this case.

    Counsel will be traveling in late-March and early-April and unavailable for argument. The Commission respectfully requests that the Court schedule argument on a date other than March 23, 2023 through April 13, 2023. Thank you for your consideration.

                                      Respectfully submitted,

                                      /s/*Robert M. Kennedy*
                                      Robert M. Kennedy

                                      Counsel for Respondent Federal
                                      Energy Regulatory Commission

cc: all counsel (via ECF)

## CERTIFICATE OF SERVICE

I hereby certify that, on January 18, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Robert M. Kennedy*
Robert M. Kennedy
Senior Attorney