# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 22-1018                           September Term, 2022
                                       FILED ON: JULY 14, 2023

ADVANCED ENERGY UNITED, INC., ET AL.,
　　　　　PETITIONERS

v.

FEDERAL ENERGY REGULATORY COMMISSION,
　　　　　RESPONDENT

ALABAMA POWER COMPANY, ET AL.,
　　　　　INTERVENORS

On Petition for Review of Orders
of the Federal Energy Regulatory Commission

Before: WILKINS and RAO, *Circuit Judges*, and TATEL, *Senior Circuit Judge*

## JUDGMENT

This cause came on to be heard on the petition for review of orders of the Federal Energy Regulatory Commission and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petition for review be granted in part; the Tariff Order be vacated and remanded for further proceedings; the orders rejecting Petitioners' rehearing requests of the "Deadlock Order" and related orders accepting amendments to the SEEM Proposal be remanded without vacatur for further proceedings, in accordance with the opinion of the court filed herein this date.

### Per Curiam

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:    /s/

　　　　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Date: July 14, 2023

Opinion for the court filed by Circuit Judge Wilkins.
Opinion concurring in part and dissenting in part filed by Circuit Judge Rao.