# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-1018**                                                     **September Term, 2022**

FERC-ER21-1111-005
FERC-ER21-1115-000
FERC-ER21-1111-003
FERC-ER21-1111-002
FERC-ER21-1115-003

**Filed On: July 14, 2023** [2007879]

Advanced Energy United, Inc., et al.,

      Petitioners

    v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Alabama Power Company, et al.,
      Intervenors

## O R D E R

    It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                  BY:    /s/
                            Daniel J. Reidy
                            Deputy Clerk