# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-1018**  **September Term, 2022**

FERC-ER21-1111-005
FERC-ER21-1115-000
FERC-ER21-1111-003
FERC-ER21-1111-002
FERC-ER21-1115-003

**Filed On: March 2, 2023** [1988354]

Advanced Energy Economy, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Alabama Power Company, et al.,
    Intervenors

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for March 15, 2023, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioners | - | 15 Minutes |
| Respondent | - | 15 Minutes (to be divided with intervenor as the parties deem appropriate) |

The panel considering this case will consist of Circuit Judges Wilkins and Rao, and Senior Circuit Judge Tatel.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by March 6, 2023.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:   /s/
    Michael C. McGrail
    Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)

United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1018**　　　　　　　　　　　　　　　　　　　　**September Term, 2022**